UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-60437-UU

CATALINA ATEHORTUA,

    Plaintiff,
v.

FIORELLA INSURANCE CO.,

    Defendant.
_____/

### ORDER

THIS CAUSE is before the Court *sua sponte*. The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

On February 22, 2018, Plaintiffs served their complaint on Defendant, D.E. 1, such that Defendant's response was due on March 14, 2019. D.E. 3. Defendant filed a motion for extension of time on grounds that it was discussing settlement with Plaintiffs; the Court denied the motion on March 21, 2019. D.E. 9. In that order, the Court noted: "**ALL DEADLINES REMAIN IN FULL FORCE AND EFFECT.**" D.E. 9. As Defendant had not timely filed an answer or otherwise responded to Plaintiffs' complaint, the Court entered a default against Defendant and ordered Plaintiffs to file a motion for final default judgment by April 8, 2019. D.E. 10. In that order, the Court warned, "Failure to comply with this Order will result in dismissal of Plaintiffs' Complaint without further notice." *Id.* (emphasis in original).

Federal Rule of Civil Procedure 41(b) permits a Court to dismiss a case for failure to prosecute or to comply with a Court order. Fed. R. Civ. P. 41(b); *Link v. Wabash R. Co.*, 370 U.S. 626, 630 (1962) (clarifying that Rule 41(b) permits a Court to dismiss an action *sua sponte* for failure to comply with court order). As of the date of this order, Plaintiffs have not filed a motion for final default judgment or any extension of time with the Court. The Court will therefore dismiss

the action without prejudice for failure to prosecute and failure to comply with a Court order pursuant to Rule 41. Accordingly, it is

ORDERED AND ADJUDGED that the action is hereby DISMISSED WITHOUT PREJUDICE. It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 16th__ day of April, 2019.

*[signature]*

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:  counsel of record